AUG - 5 2019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: ED CR 19-220 JGB
    Plaintiff,  )
    v.  )  ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
JAVIER CRUZ VAZQUEZ  )  (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))
    Defendant.  )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
    (✓) information in the Pretrial Services Report and Recommendation
    (✓) information in the violation petition and report(s)
    (✓) the defendant's nonobjection to detention at this time
    ( ) other: _____

1

1          (✓) and/ or

2 B. (✓)    The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the safety
4          of any other person or the community if released under 18 U.S.C.
5          § 3142(b) or (c). This finding is based on the following:
6          (✓)    information in the Pretrial Services Report and Recommendation
7          (✓)    information in the violation petition and report(s)
8          (✓)    the defendant's nonobjection to detention at this time
9          ( )    other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 8|5|19

                                     SHASHI H. KEWALRAMANI
                                     UNITED STATES MAGISTRATE JUDGE